**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DALJIT SINGH, | No. 08-74222 |
| Petitioner, | Agency No. A097-122-688 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 21, 2012[**]

Before:      FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

Daljit Singh, a native and citizen of India, petitions for review of the Board

of Immigration Appeals' order dismissing his appeal from an immigration judge's

decision denying his application for asylum, withholding of removal, and relief

under the Convention Against Torture ("CAT").  We have jurisdiction under

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

8 U.S.C. § 1252. We review for substantial evidence, *Sangha v. INS*, 103 F.3d 1482, 1487 (9th Cir. 1997), and we deny the petition for review.

Singh testified that he and his family were persecuted because a politically-connected neighbor wanted Singh's family's land. Substantial evidence supports the agency's finding that Singh failed to establish his persecutors were, or will be, motivated by a protected ground. *See id.* at 1490-91; *see also Molina-Morales v. INS*, 237 F.3d 1048, 1051-52 (9th Cir. 2001). Accordingly, Singh's asylum and withholding of removal claims fail. *See Molina-Morales*, 237 F.3d at 1052.

Substantial evidence also supports the agency's denial of CAT relief because Singh failed to establish it is more likely than not that he will be tortured if returned to India. *See Singh v. Gonzales*, 439 F.3d 1100, 1113 (9th Cir. 2006).

In light of our above conclusions, we do not reach Singh's challenges regarding the agency's credibility finding.

**PETITION FOR REVIEW DENIED.**